**Order entered June 9, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01043-CR

**JOSEPH DEAN FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 20-00307-422-F**

### ORDER

We **REINSTATE** this appeal.

We abated because appellant's brief had not been filed and we had no communication from appellant regarding this appeal.

On May 16, 2022, the trial court held a hearing, and counsel for appellant stated appellant desired to appeal and that counsel had not abandoned the appeal. Counsel represented to the trial court that he would file appellant's brief "Next Monday, one week from today, seven days." We **ADOPT** the trial court's oral

findings that appellant wishes to continue his appeal and that counsel has not abandoned the appeal. However, appellant's brief has not been filed despite counsel's representation to the trial court that it would be filed by May 23, 2022.

We **ORDER** appellant's brief filed by June 24, 2022. We caution counsel that the failure to file a brief or communicate with the Court by that date will result in the Court taking whatever actions it deems appropriate to ensure this appeal proceeds in a more timely fashion, which may include removing counsel and abating for the appointment of new counsel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Shelton Gibbs, IV, Presiding Judge, 422nd Judicial District Court; and to counsel for all parties.

/s/     BILL PEDERSEN, III
JUSTICE